

| | |
|---|---|
| **Gabriel M. Ramsey**<br>GRamsey@crowell.com<br>(415) 365-7207  direct | Crowell & Moring LLP<br>3 Embarcadero Center<br>26th Floor<br>San Francisco, CA 94111<br>+1.415.986.2800  main<br>+1.415.986.2827  fax |

October 18, 2022

**VIA ECF**

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   ***Findigs, Inc. v. Henson Orser and Two Dots, Inc.*, 1:22-cv-07404-LGS:** *Letter Motion for Extension of Time to Respond to Complaint and Extension of Time for Telephonic Conference*

Dear Judge Schofield:

  Defendants Henson Orser ("Orser") and Two Dots, Inc. ("Two Dots" collectively "Defendants") and Plaintiff Findigs, Inc. ("Findigs" or "Plaintiff") (each a "Party" and collectively, "Parties") respectfully request an order extending Defendants' deadline to respond to Plaintiff's Complaint ("Complaint," Dkt. No. 1) filed on August 30, 2022.  On September 20, 2022 Defendants executed and Plaintiff filed Waivers of Service, extending Defendants' deadline to answer to November 7, 2022 (Dkt. Nos. 12 and 13). On September 15, 2022, the Court set an initial case management conference for October 26, 2022 (Dkt. No. 11).

  Currently, Defendants' deadline to respond to the Complaint is November 7, 2022.  The Parties are beginning to discuss potential resolution of the claims, including whether mediation is an appropriate option, and have agreed to extend Defendants' deadline to respond to the Complaint to allow the Parties time to pursue mediation.  The Parties seek an order permitting Defendants to file their response on or before January 6, 2023.  The Parties also seek an order extending the Court's Initial Case Management Conference currently scheduled for October 26, 2022 (Dkt. No. 11) to January 25, 2023, permitting the Parties time to mediate their claims.  This is the Parties' first request for an extension of time and does not affect any other scheduled dates.

Application **GRANTED IN PART**.  Counsel is reminded that any request for an extension of time should be made at least two business days prior to the relevant deadline.  The initial pre-trial conference is **ADJOURNED** to **November 2, 2022 at 4:10 p.m.**  The conference line is **888-363-4749** and the access code is **558-3333**.  The parties shall file the joint letter and proposed case management plan by **October 26, 2022**.  In that letter, the parties shall indicate if they would like a referral to the Court's mediation program or for settlement discussions before Magistrate Judge Netburn.  They shall also indicate the basis for any extension of the Defendant's deadline to answer or otherwise respond to the complaint.  So Ordered.

Dated: October 19, 2022
   New York, New York

               LORNA G. SCHOFIELD
               UNITED STATES DISTRICT JUDGE

crowell.com



      Should your Honor grant the instant requests, the deadline for the response would be **January 6, 2023** and the Initial Case Management Conference would be **January 25, 2023**, or the next available date on the Court's calendar.

Respectfully,

| CROWELL & MORING LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By:__/s/ *Joachim B. Steinberg*_____ | |
| Gabriel M. Ramsey (*pro hac vice* pending) | By:__/s/ *Adam E. Collyer*_____ |
| Joachim B. Steinberg | Adam E. Collyer |
| *Attorneys for Defendants* | Brian Pete |
| *Henson Orser and Two Dots, Inc*. | *Attorneys for Plaintiff Findigs, Inc.* |

**SO ORDERED**, this _____ day of October, 2022

_____
Hon.  Lorna G. Schofield