UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FINDIGS, INC.,
                         Plaintiff,

                         22 Civ. 7404 (LGS)
         -against-

                         ORDER
HENSON ORSER, et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued October 19, 2022, scheduled the initial pretrial conference for this matter for November 2, 2022, at 4:10 p.m. The parties submitted a joint letter and proposed case management plan on October 26, 2022.

      WHEREAS, no significant issues were raised in the materials. It is hereby

      **ORDERED** that the November 2, 2022, initial pretrial conference is **CANCELLED**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances. It is further

      **ORDERED** that the parties' request for discovery to commence after settlement discussions with Magistrate Judge Netburn is **DENIED**. The parties shall begin discovery promptly, in line with the deadlines outlined in the case management plan. An order referring the parties to settlement discussions in front of Judge Netburn will issue separately.

Dated: October 27, 2022
       New York, New York

                                      LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE