**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

FINDIGS, INC.,

                              **Plaintiff,**

          -against-

HENSON ORSER, et al.,

                              **Defendants.**

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 1/31/2023
```

**22-CV-07404 (JHR)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 31, 2023, the parties appeared before me and reached an agreement to settle this case in principle. Accordingly, all discovery deadlines are stayed pending further order of the Court. The parties shall send the Court a letter on the status of the agreement's drafting and execution no later than February 10, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 31, 2023
            New York, New York